UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21559-CIV-COHN/Snow
03-20347-CR-COHN

MARC M. HARRIS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

THIS CAUSE is before the Court on the movant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, which was referred to United States Magistrate Judge, Lurana S. Snow. Pursuant to Rule 2 of the Rules Governing Section 2255 Proceedings for the United States District Court and Local Rule 88.2, this motion must be filed on the form designated for filing such motions. Therefore, it is hereby

ORDERED AND ADJUDGED that on or before July 17, 2007, the movant shall refile the motion to vacate sentence on the designated form.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of July, 2007.

                                                      /s/ Lurana S. Snow
                                                      LURANA S. SNOW
                                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

Joseph Beeler, Esq. (M)
AUSA Anne Schultz (MIA)